# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  08-21849-BKC-AJC
SERGIO BANDERA

CHAPTER 13

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)   The trustee has a balance of $ 2,348.36 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  )   The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  JUN 1 6 2011

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

SERGIO BANDERA
8270 SW 27 TERR
MIAMI, FL 33155

HENRY HERNANDEZ, ESQUIRE
255 ALHAMBRA CIRCLE
SUITE 640
CORAL GABLES, FL 33134

WELLS FARGO
ONE HOME CAMPUS/BK PMT PROC
MAC #X2302-04C
DES MOINES, IOWA 50328

WELLS FARGO
ONE HOME CAMPUS/BK PMT PROC
MAC #X2302-04C
DES MOINES, IOWA 50328

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                       CASE NO.   08-21849-BKC-AJC
SERGIO BANDERA

                                             CHAPTER 13


SERGIO BANDERA

8270 SW 27 TERR
MIAMI, FL 33155


HENRY HERNANDEZ, ESQUIRE
255 ALHAMBRA CIRCLE
SUITE 640
CORAL GABLES, FL 33134

WELLS FARGO                         ---------$        1,800.20
ONE HOME CAMPUS/BK PMT PROC
MAC #X2302-04C                                    RETURNED FROM CREDITOR
DES MOINES, IOWA 50328                            BECAUSE CASE DISMISSED
                                                  CLAIM REGISTER #____1____

WELLS FARGO                         ---------$          548.16
ONE HOME CAMPUS/BK PMT PROC
MAC #X2302-04C
DES MOINES, IOWA 50328                            RETURNED FROM CREDITOR
                                                  BECAUSE CASE DISMISSED
U.S. Trustee                                      CLAIM REGISTER #____1____
51 S.W. 1st Avenue
Miami, Florida 33130